THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Jeff Haworth

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JEFF HAWORTH,                               Case No.  1:06-CV-1036-AWI-DLB

    Plaintiff,                              STIPULATION CONTINUING SETTLEMENT
                                            CONFERENCE; ORDER
v.

ARSHI MALDE,

    Defendant.
_____/

The parties, for good cause, hereby stipulate to continue the Settlement Conference previously set for February 8, 2007 at 10:00 a.m. in Courtroom 9 of this Court to April 30, 2007 at the same time and place.

December 21, 2006                                      December 21, 2006

S/Thomas N. Stewart, III                               S/Jan L . Kahn
Attorney for Plaintiff                                 Attorney for Defendant

IT IS SO ORDERED:

Date: December 26, 2006

                          ___/s/ Dennis L. Beck _____
                          Judge Magistrate Dennis L. Beck